Sheron Korpus
David S. Rosner
David J. Mark
Andrew Golden
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel for USAVflow Limited*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AVIANCA HOLDINGS S.A., *et al.*,[1] | ) | Case No. 20-11133 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| AVIANCA HOLDINGS S.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No.: 20-01189 (MG) |
| | ) | |
| USAVFLOW LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

---

[1] The Debtors in these chapter 11 cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows: Avianca Holdings S.A. (N/A); Aero Transporte de Carga Unión, S.A. de C.V. (N/A); Aeroinversiones de Honduras, S.A. (N/A); Aerovías del Continente Americano S.A. Avianca (N/A); Airlease Holdings One Ltd. (N/A); America Central (Canada) Corp. (00-1071563); America Central Corp. (65-0444665); AV International Holdco S.A. (N/A); AV International Holdings S.A. (N/A); AV International Investments S.A. (N/A); AV International Ventures S.A. (N/A); AV Investments One Colombia S.A.S. (N/A); AV Investments Two Colombia S.A.S. (N/A); AV Taca International Holdco S.A. (N/A); Avianca Costa Rica S.A. (N/A); Avianca Leasing, LLC (47-2628716); Avianca, Inc. (13-1868573); Avianca-Ecuador S.A. (N/A); Aviaservicios, S.A. (N/A); Aviateca, S.A. (N/A); Avifreight Holding Mexico, S.A.P.I. de C.V. (N/A); C.R. Int'l Enterprises, Inc. (59- 2240957); Grupo Taca Holdings Limited (N/A); International Trade Marks Agency Inc. (N/A); Inversiones del Caribe, S.A. (N/A); Isleña de Inversiones, S.A. de C.V. (N/A); Latin Airways Corp. (N/A); Latin Logistics, LLC (41-2187926); Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.) (N/A); Regional Express Américas S.A.S. (N/A); Ronair N.V. (N/A); Servicio Terrestre, Aereo y Rampa S.A. (N/A); Servicios Aeroportuarios Integrados SAI S.A.S. (92-4006439); Taca de Honduras, S.A. de C.V. (N/A); Taca de México, S.A. (N/A); Taca International Airlines S.A. (N/A); Taca S.A.

**NOTICE OF ADJOURNMENT OF HEARING
ON USAVFLOW LIMITED'S MOTION TO
DISMISS COMPLAINT [CASE NO. 20-11133 (MG)
<u>DOCKET NO. 307; ADV. PROC. NO. 20-01189 (MG) DOCKET NO. 1</u>]**

**PLEASE TAKE NOTICE** that the hearing to consider Defendant USAVflow Limited's (i) *Motion to Dismiss the Complaint Pursuant to Bankruptcy Rule 7012 or in the Alternative to Stay Proceeding Pending Appeal of Rejection Order* (the "<u>Motion</u>") [Adv. Proc. Docket No. 13]; (ii) memorandum of law in support of the Motion [Adv. Proc. Docket No. 11]; and (iii) declaration in support of the Motion [Adv. Proc. Docket No. 12] scheduled for 10:00 a.m. (prevailing Eastern Time) on October 14, 2020 in the above-captioned adversary proceeding before the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 **has been adjourned to Wednesday, November 4, 2020 at 2:00 p.m. (prevailing Eastern Time)**.  In accordance with General Order M-543, the Hearing will be conducted telephonically.  Any parties wishing to participate must do so telephonically through CourtSolutions (www.court-solutions.com). Instructions to register for CourtSolutions LLC are attached to General Order M-543.

[*Remainder of page intentionally left blank*]

---

(N/A); Tampa Cargo S.A.S. (N/A); Technical and Training Services, S.A. de C.V. (N/A). The Debtors' principal offices are located at Avenida Calle 26 # 59 – 15 Bogotá, Colombia.

Dated: October 8, 2020
New York, New York

        Respectfully Submitted,

        **KASOWITZ BENSON TORRES LLP**

        */s/ Sheron Korpus*
        Sheron Korpus
        David S. Rosner
        David J. Mark
        Andrew Golden
        Kasowitz Benson Torres LLP
        1633 Broadway
        New York, New York 10019
        Telephone: (212) 506-1700
        Facsimile: (212) 506-1800
        Email: SKorpus@kasowitz.com
               DRosner@kasowitz.com
               DMark@kasowitz.com
               AGolden@kasowitz.com

        *Counsel for USAVflow Limited*