Sheron Korpus
David S. Rosner
David J. Mark
Andrew Golden
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for USAVflow Limited*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AVIANCA HOLDINGS S.A., *et al.*,[1] | ) ) ) | Case No. 20-11133 (MG) |
| Debtors. | ) ) ) ) | Jointly Administered |
| AVIANCA HOLDINGS S.A., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Adv. Proc. No.: 20-01189 (MG) |
| USAVFLOW LIMITED, | ) ) ) | |
| Defendant. | ) | |

---

[1] The Debtors in these chapter 11 cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows: Avianca Holdings S.A. (N/A); Aero Transporte de Carga Unión, S.A. de C.V. (N/A); Aeroinversiones de Honduras, S.A. (N/A); Aerovías del Continente Americano S.A. Avianca (N/A); Airlease Holdings One Ltd. (N/A); America Central (Canada) Corp. (00-1071563); America Central Corp. (65-0444665); AV International Holdco S.A. (N/A); AV International Holdings S.A. (N/A); AV International Investments S.A. (N/A); AV International Ventures S.A. (N/A); AV Investments One Colombia S.A.S. (N/A); AV Investments Two Colombia S.A.S. (N/A); AV Taca International Holdco S.A. (N/A); Avianca Costa Rica S.A. (N/A); Avianca Leasing, LLC (47-2628716); Avianca, Inc. (13-1868573); Avianca-Ecuador S.A. (N/A); Aviaservicios, S.A. (N/A); Aviateca, S.A. (N/A); Avifreight Holding Mexico, S.A.P.I. de C.V. (N/A); C.R. Int'l Enterprises, Inc. (59- 2240957); Grupo Taca Holdings Limited (N/A); International Trade Marks Agency Inc. (N/A); Inversiones del Caribe, S.A. (N/A); Isleña de Inversiones, S.A. de C.V. (N/A); Latin Airways Corp. (N/A); Latin Logistics, LLC (41-2187926); Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.) (N/A); Regional Express Américas S.A.S. (N/A); Ronair N.V. (N/A); Servicio Terrestre, Aereo y Rampa S.A. (N/A); Servicios Aeroportuarios Integrados SAI S.A.S. (92-4006439); Taca de Honduras, S.A. de C.V. (N/A); Taca de México, S.A. (N/A); Taca International Airlines S.A. (N/A); Taca S.A.

**STIPULATION AND AGREED ORDER AMENDING THE DEADLINE TO SUBMIT REPLIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT OR IN THE ALTERNATIVE TO STAY PROCEEDING PENDING APPEAL OF REJECTION ORDER**

WHEREAS, on June 23, 2020, the above-captioned debtors (the "Debtors") filed a complaint [Adv. Docket No. 1] against USAVFlow Limited ("USAV") with this Court to commence the above-captioned adversary proceeding (the "Adversary Proceeding");

WHEREAS, on September 25, 2020, USAV filed the Motion to Dismiss the Complaint Pursuant to Bankruptcy Rule 7012 or in the Alternative to Stay Proceeding Pending Appeal of Rejection Order [Dkt. No. 11] (the "Motion to Dismiss") and the USAV Secured Lender Group filed a joinder thereto [Dkt. No. 14];

WHEREAS, on October 7, 2020, the Court entered the *Stipulation and Agreed Order Regarding Briefing Schedule* [Dkt. No. 19], providing that oppositions to the Motion to Dismiss shall be filed by Wednesday October 14, 2020, any replies in support of the Motion to Dismiss shall be filed by Wednesday, October 28, 2020, and the telephonic hearing on the Motion to Dismiss shall be held on November 4, 2020 at 2:00 p.m. (prevailing Eastern Time) using CourtSolutions;

WHEREAS, on October 14, 2020, the Debtors filed the *Memorandum of Law in Opposition to Defendant's Motion to Dismiss* (the "Opposition"), and the Official Committee of Unsecured Creditors ("the "Committee") filed a joinder thereto [Dkt No. 28];

WHEREAS, USAV, the Debtors, the Committee, and the USAV Secured Lender Group (together, with the Debtors, USAV, and the Committee, the "Parties") have conferred and agreed regarding an adjustment to the deadline for filing any replies in support of the Motion to Dismiss;

---

(N/A); Tampa Cargo S.A.S. (N/A); Technical and Training Services, S.A. de C.V. (N/A). The Debtors' principal offices are located at Avenida Calle 26 # 59 – 15 Bogotá, Colombia.

2

NOW, IT IS STIPULATED BY THE PARTIES AND HEREBY ORDERED:

1. Any replies in support of the Motion to Dismiss shall be filed by **Friday, October 30, 2020, at 12:00 PM (prevailing Eastern Time)** instead of by October 28, 2020.

2. The date of the telephonic hearing on the Motion to Dismiss shall remain unchanged.

**SO ORDERED**

Dated: October 26, 2020
New York, New York

Dated: _____, 2020

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

**MILBANK LLP**

*/s/ Evan R. Fleck*
Dennis F. Dunne
Evan R. Fleck
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

- and –

Gregory A. Bray
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

-and-

Andrew M. Leblanc
Aaron L. Renenger
1850 K Street NW, Suite 1100
Washington, D.C. 20006
Telephone:    (202) 835-7500
Facsimile:    (202) 263-7586

*Counsel for Debtors and*
*Debtors-in-Possession*

**KASOWITZ BENSON TORRES LLP**

*/s/ Sheron Korpus*
Sheron Korpus
David S. Rosner
David J. Mark
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for USAVFlow Limited*

4

**MORRISON & FOERSTER LLP**

*/s/ Benjamin W. Butterfield*
Brett H. Miller
Todd M. Goren
Erica J. Richards
Benjamin W. Butterfield
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Official Committee of Unsecured Creditors*

**WHITE & CASE LLP**

*/s/ Joshua D. Weedman*
Glenn M. Kurtz
Scott Greissman
Joshua D. Weedman
Mark Franke
Brandon D. Batzel
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819=8200
Facsimile: (212) 354-8113
gkurtz@whitecase.com
jweedman@whitecase.com
mark.franke@whitecase.com
brandon.batzel@whitecase.com

*Counsel for the USAV Secured Lender Group*